In the Matter of J. STANLEY STEINBERG, Appellant, against CARROLL E. MEALEY, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Submitted June 10, 1946; decided July 23, 1946.

*Nathaniel L. Goldstein, Attorney-General* (*Herman F. Nehlsen* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.